UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W- D-

                                    Petitioner,

                -against-

Kenneth Genalo et al.,

                                    Respondents.

25-CV-10192

ORDER TO ANSWER, 28 U.S.C. § 2241

LEWIS J. LIMAN, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that the parties appear before the Court for a telephonic conference at 11:30 a.m. on December 12, 2025.  The parties are instructed to dial 646-453-4442 and the conference ID 358639322.  The Court further orders that Counsel should confer in advance of the conference to attempt to reach agreement on whether venue is appropriate in this District, and on how the Court should handle the Petition including the schedule for a response to the Petition and any further reply.  The Parties shall submit a joint letter to the Court no later than 8:00 p.m. on December 11, 2025.  Counsel should also address whether the instant Petition is controlled by this Court's prior opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and, if so, whether the Government is prepared waive its rights to a response and to submit a letter or otherwise consent to Petitioner's release without prejudice to its rights on appeal.  *See, e.g., Campos v. Francis*, 2025 WL 3514120 (S.D.N.Y. Dec. 8, 2025).  Finally, Petitioner's counsel shall address why his client should be permitted to proceed under a pseudonym.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*,

2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g., Perez y Perez v. Noem*, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. The Clerk of Court is directed to email this order to the Government at Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated:    December 10, 2025
           New York, New York

                                  LEWIS J. LIMAN
                         United States District Judge

2