UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W- D- | |
| Petitioner, | |
| -against- | |
| Kenneth Genalo et al., | |
| Respondents. | |

25-CV-10192

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on December 9, 2025.  On December 10, 2025, the Court ordered the parties to submit a joint letter to the Court addressing whether the outcome of the Petition is controlled by this Court's prior opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and, if so, whether the Government is prepared to waive its rights to a response and to submit a letter or otherwise consent to Petitioner's release without prejudice to its rights on appeal.  Dkt. No. 13.  The parties submitted the joint letter on December 11, 2025, in which they agreed that full briefing is not necessary given the Court's prior decision in *Tumba*.  Dkt. No. 15.  Further, the Government conceded that the "facts of this case are not materially distinguishable from *Tumba*," and that the decision "would control the result in this case if the Court adheres to that decision."  *Id.*  The Court does adhere to its prior decision in *Tumba* and finds, for the reasons stated in *Tumba*, that to detain the Petitioner the Government must comply with 8 U.S.C. § 1226.  Petitioner's detention is not mandatory, and requires the exercise of discretion.  *See, e.g., Campos v. Francis*, 2025 WL 3514120, at *1 (S.D.N.Y. Dec. 8, 2025).  The appropriate remedy for Petitioner is immediate release.  The petition for a writ of habeas corpus is GRANTED.  Respondents are ordered to release Petitioner W- D- by no later than 7:00 p.m. on December 11, 2025, and to

certify compliance with the Court's order by filing an entry on the docket this evening.

Petitioner's application to proceed by pseudonym is approved under the factors set forth in

*Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188–89 (2d Cir. 2008) (noting that

pseudonyms may be used where, *inter alia*, the litigation involves matters that are highly

sensitive and of a personal nature, identification presents a risk of harm, and the defendant will

not be prejudiced).

The Clerk of Court is directed to close this case.  The conference scheduled for December

12 at 11:30 a.m. is cancelled.  A copy of this order is being emailed to counsel as well as filed on

the docket.

SO ORDERED.

Dated:    December 11, 2025
             New York, New York

_____
LEWIS J. LIMAN
United States District Judge