**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
W- D-

                          Petitioner,                    25 **CIVIL** 10192

       -against-                        **JUDGMENT**

Kenneth Genalo et al.,
                          Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 11, 2025, the appropriate remedy for Petitioner is immediate release. The petition for a writ of habeas corpus is GRANTED. Petitioner's application to proceed by pseudonym is approved under the factors set forth in Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185, 188-89 (2d Cir. 2008) (noting that pseudonyms may be used where, inter alia, the litigation involves matters that are highly sensitive and of a personal nature, identification presents a risk of harm, and the defendant will not be prejudiced); accordingly, the case is closed.

**DATED:**  New York, New York
          December 12, 2025

                                   **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                **BY:**           K. mango

                                   **Deputy Clerk**